BANK v. ROBERTSON

No. 38PC

Case below: 50 NC App 212

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 April 1981.

BD. OF EDUCATION v. CONSTRUCTION CORP.

No. 24PC

No. 8 (Fall Term)

Case below: 50 NC App 238

Petition by plaintiff and by defendant for discretionary review under G.S. 7A-31 allowed 7 April 1981.

BROWN v. SCISM

No. 49PC

Case below: 50 NC App 619

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 24 March 1981.

COOK v. TOBACCO CO.

No. 2PC

Case below: 50 NC App 89

Petition by Tobacco Company for discretionary review under G.S. 7A-31 denied 7 April 1981.

GROVES & SONS v. STATE

No. 5PC

Case below: 50 NC App 1

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 April 1981.